**Order filed April 2, 2012**



In The

# Fourteenth Court of Appeals

NO. 14-11-00429-CV

**JOHN MICHAEL DALBOSCO, Appellant**
**V.**
**MELISSA RUTH SIEBERT, Appellee**

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-187542**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Respondent's exhibit #1.**

The clerk of the 328th District Court is directed to deliver to the Clerk of this court the original of Respondent's exhibit #1, on or before **April 10, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Respondent's exhibit #1, to the clerk of the 328th District Court.


PER CURIAM